IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISON FRIEND, | |
| Plaintiff, | Case No.: 1:25-cv-04313 |
| v. | Judge Lindsay C. Jenkins |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 29 | longshengdianzishangwuyouxiangongsi |
| 34 | Balendin |
| 38 | JLin Poster |
| 39 | May Day Poster |
| 40 | Very Cool Poster |
| 42 | CHENJUNART |
| 58 | Leaf wall decoration art |
| 63 | Magtion Art |
| 68 | X FashionZone |
| 69 | Cold Wind Poster |
| 70 | qiang hui poster |
| 73 | PRIZESSS |
| 74 | Flower mural |
| 75 | Four Seasons Mural |
| 76 | Ruyi Art |
| 77 | Love and Art Poster |
| 80 | SuSu Art Shop |
| 82 | temuj |
| 85 | JFPOSTER |
| 86 | You and me Du |
| 92 | Artistic landscape decoration painting |
| 98 | WW ART SHOP |
| 102 | ZORO Wall Art |

| | |
|---|---|
| 104 | Canvas Cove New |
| 105 | Mose Art |
| 108 | Bear cookie art |
| 123 | CT Poster |
| 131 | jsy poster |
| 132 | Coconut Wall Art |
| 133 | Yally Wall Art |
| 134 | Home Art Field |
| 135 | anan Wall Art |
| 137 | Artistry Haven |
| 143 | Camping Art |
| 146 | Transcend Victory Shop |
| 152 | Respectable Goods |
| 164 | LW ART |
| 165 | jingfeiniu |
| 166 | OHIGOU |
| 170 | Ornaments II |
| 171 | jingfeierhao |
| 172 | Wall Art Master |
| 173 | Superior Wall Art |
| 174 | Dragonfly Canvas Art |
| 178 | BOAT ART |
| 181 | Floors Steam |
| 182 | Strong Overlord Shop |
| 183 | Wall Art Printing |
| 186 | AcquarelloStudio |
| 191 | Crisp Canvas |
| 192 | Threadborne |

DATED: May 30, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 30, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt