## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ALISON FRIEND,

                Plaintiff,

   v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                Defendants.

Case No. 1:25-cv-04313

**Judge Lindsay C. Jenkins**

### DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff ALISON FRIEND ("Friend" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Friend having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Friend having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Friend has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Friend's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-382-911; VA 2-382-783; VA 2-382-912; VA 2-382-735; VA 2-382-904; VA 2-388-091; VA 2-382-748; VA 2-412-944; VA 2-413-118; VA 2-382-786; VA 2-388-382; VA 2-382-907; VA 2-413-335; VA 2-382-890; VA 2-413-351; VA 2-382-727; VA 2-413-121; VA 2-382-905; VA 2-382-899; and VA 2-413-119  (the "Alison Friend Works") to residents of Illinois. In this case, Friend has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Alison Friend Works. *See* Docket No. [18], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Alison Friend Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Friend's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Alison Friend Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Friend product or not authorized by Friend to be sold in connection with the Alison Friend Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Friend product or any other product produced by Friend, that is not Friend's or not produced under the authorization, control, or supervision of Friend and approved by Friend for sale under the Alison Friend Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Friend, or are sponsored by, approved by, or otherwise connected with Friend; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Friend, nor authorized by Friend to be sold or offered for sale, and which bear any of Friend's copyrights, including the Alison Friend Works, or any reproductions, infringing copies or colorable imitations.

2.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Temu, LLC ("Temu") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores , or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Alison Friend Works; and

b.    operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Alison Friend Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Friend product or not authorized by Friend to be sold in connection with the Alison Friend Works.

3.    Upon Friend's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Alison Friend Works.

4.    Pursuant to 17 U.S.C. § 504(c)(2), Friend is awarded statutory damages from each of the Defaulting Defendants in the amount of twenty-five thousand dollars ($25,000) for willful use of infringing Alison Friend Works on products sold through at least the Defendant Internet Stores.

4

5.      Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Temu, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.      All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Temu, are hereby released to Friend as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Temu, are ordered to release to Friend the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.      Until Friend has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Friend shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.      In the event that Friend identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Friend may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Alison Friend and any e-mail addresses provided for Defaulting Defendants by third parties.

9.     To obtain release of the bond previously posted in this action, Plaintiff's counsel must file

a motion for the return of the bond once the preliminary injunction no longer applies to any

Defendant.

This is a Default Judgment.

Dated: June 23, 2025
Enter: 25-cv-4313

_____

Lindsay C. Jenkins
United States District Judge

6

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | LAN LAN Store |
| 2 | THUTHAO1104 |
| 3 | qingdaohaoleilaowuyouxiangongsi |
| 4 | wang xiaodan123 |
| 5 | longchengguo666 |
| 6 | jishengdedianpu |
| 7 | YTTWQS |
| 8 | Hu shaohua |
| 9 | ooiii poster |
| 10 | VANTHIEN2K3 |
| 11 | Home zhuangshi |
| 12 | Kiệt Phũ Phàng |
| 13 | THAO1102 |
| 14 | zhangzhecheng |
| 15 | We66X |
| 16 | shop top 67 |
| 17 | VA StoreKIT |
| 18 | Shixia Huang |
| 19 | TOPGOTOP |
| 20 | CJM ART POSTER |
| 21 | Linguoting |
| 22 | yichupengximaoyiyouxiangongsi |
| 23 | ShaoShanShiQingGaoYuanWenJuMenShiBu |
| 24 | anxiangyang1122 |
| 25 | puqilanyingxiamendianzishangwuyouxiangongsi |
| 26 | UUni2024 |
| 27 | shen fang888 |
| 28 | VA StroreDN3 |
| 29 | |
| 30 | HUONG SHOP888 |
| 31 | KAIGESHUAI |
| 32 | Greg Decoration |
| 33 | Ronghuaguan |
| 34 | |
| 35 | Huang Han Kun Wall art |
| 36 | XshaocongX |
| 37 | Hippo art poster |
| 38 | |

| 39 | |
|----|----|
| 40 | |
| 41 | CHXIC |
| 42 | |
| 43 | YH Home Decor |
| 44 | Devineresse Delights |
| 45 | Blues mural |
| 46 | AUGFK |
| 47 | Truman Decoration |
| 48 | |
| 49 | loVE SAEN |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | Numone Art Studio |
| 57 | ailiaih |
| 58 | |
| 59 | A Crafts |
| 60 | P Crafts |
| 61 | AGGFK |
| 62 | B High decorative painting |
| 63 | |
| 64 | PICTUREBB |
| 65 | Myguoheim |
| 66 | Yangzhiwei |
| 67 | Decoration Wall art |
| 68 | |
| 69 | |
| 70 | |
| 71 | CozyCanvasCorners |
| 72 | Luyuan Art Trade |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | Thermal Art Poster |
| 79 | Art Oil Painting Gallery |

| 80 | |
|---|---|
| 81 | gekmacd |
| 82 | |
| 83 | Hui wall art |
| 84 | Chen Xue wall art |
| 85 | |
| 86 | |
| 87 | There are billions of creations |
| 88 | GY Art Deco |
| 89 | Generate Purchases quickly |
| 90 | Starlight Gallery |
| 91 | WL Art Decor |
| 92 | |
| 93 | Deco Delights |
| 94 | cattle horses Decorate |
| 95 | MarkyDecorate |
| 96 | Lehua Business |
| 97 | |
| 98 | |
| 99 | FortuneDecorate |
| 100 | Hangfei canvas |
| 101 | Xilemei Trading |
| 102 | |
| 103 | YYB Wall Art |
| 104 | |
| 105 | |
| 106 | |
| 107 | Rice ball poster art |
| 108 | |
| 109 | LLtemus |
| 110 | |
| 111 | Building a base period |
| 112 | WWtemus |
| 113 | Mr Li painting |
| 114 | Belle Decoration |
| 115 | Crazy Decorate |
| 116 | Ieslie |
| 117 | |
| 118 | XXtemuji |
| 119 | |
| 120 | SC MURAL |

| 121 | Wangmo Shop |
| 122 | BEIKA Art Poster |
| 123 | |
| 124 | |
| 125 | |
| 126 | Fun Art Painting |
| 127 | QCWER |
| 128 | SHIBA GOODS |
| 129 | happynewweek |
| 130 | FCQWE |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | ZEKVK |
| 137 | |
| 138 | |
| 139 | |
| 140 | TkEiRTJmYo |
| 141 | AZZ Wall Art |
| 142 | CHEN JIAN MING TIN |
| 143 | |
| 144 | FAQWE |
| 145 | YA CHUN aluminum plaque |
| 146 | |
| 147 | ABC Canvas |
| 148 | Exclusive poster |
| 149 | Jaya Decoration |
| 150 | AUYOYO |
| 151 | |
| 152 | |
| 153 | Homekeeper |
| 154 | YBZTWO |
| 155 | Masamasaka |
| 156 | DCPIJJ |
| 157 | GOODAY STUDIO |
| 158 | Beautiful oil painting D |
| 159 | |
| 160 | Dreamswemake |
| 161 | Breeze Decoration |

| 162 | JT Canvas Art |
|-----|---------------|
| 163 | |
| 164 | |
| 165 | |
| 166 | |
| 167 | JT DADIANSHANG C |
| 168 | Niko mural |
| 169 | YUXX |
| 170 | |
| 171 | |
| 172 | |
| 173 | |
| 174 | |
| 175 | Memorial Decorate |
| 176 | HXS Art Decoration |
| 177 | Wanxun Decoration |
| 178 | |
| 179 | XELMALL |
| 180 | SF artistic beauty |
| 181 | |
| 182 | |
| 183 | |
| 184 | |
| 185 | muransibaihuo |
| 186 | |
| 187 | Luyuan Art |
| 188 | |
| 189 | |
| 190 | |
| 191 | |
| 192 | |
| 193 | |
| 194 | LYS Decorative Murals |
| 195 | Zixuan Decorate |
| 196 | Little Year Mural |
| 197 | |
| 198 | Xinyue Art Museum Painting |